IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KRISTIN FISCHER, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CV288 |
| | ) | |
| v. | ) | |
| | ) | |
| EXPERIAN, EQUIFAX, | ) | ORDER |
| TRANSUNION, and FOR PROFIT | ) | |
| COMPANIES, all for profit | ) | |
| companies that furnishes | ) | |
| background check reports on | ) | |
| a fee basis, | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff, a non-prisoner, filed a motion for leave to proceed in forma pauperis (Filing No. 2).  Upon review of the motion, the Court finds that plaintiff is financially eligible to proceed in forma pauperis.  Accordingly,

IT IS ORDERED that the motion for leave to proceed in forma pauperis is provisionally granted, and the complaint shall be filed without payment of fees.

DATED this 30th day of August, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court